FILED
CLERK, U.S. DISTRICT COURT

APR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Macio L. Lindsey, Jr.,<br><br>  Plaintiff,<br><br>  v.<br><br>J. Fitter, M.D., et al.,<br><br>  Defendants. | Case No. CV 06-1172 VAP (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge ("R & R"), and Plaintiff's Objections thereto, as well as the Defendants' Motion for Summary Judgment, Plaintiff's Opposition, and other relevant filings in this case, *de novo*.

The Court notes that Plaintiff has objected to the R & R on the basis, *inter alia*, that he did not have an adequate opportunity to conduct discovery in this case, and the Magistrate Judge's rulings denying his requests for extensions of the discovery cutoff impaired his ability to oppose the Defendants' summary judgment motion. (See Plaintiff's Objection to the Magistrate [Judge]'s Report and Recommendation, passim.)

Plaintiff's Opposition to the summary judgment motion, however, did not request a continuance under Federal Rule of Civil Procedure 56(f), nor did Plaintiff in his

Opposition complain that he had lacked sufficient opportunity to conduct discovery. Thus, Plaintiff's Objections on this ground, and the other grounds as well, lack merit.

Accordingly, IT IS ORDERED:

1. The Report and Recommendation is approved and adopted.

2. The Motion for Summary Judgment (docket # 47) is granted as follows: the first through eleventh causes of action of the Second Amended Complaint are dismissed with prejudice, the twelfth through fourteenth causes of action, and the Doe defendants, are dismissed without prejudice.

3. All pending motions are denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 8, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE