JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Macio L. Lindsey, Jr., | Case No. CV 06-1172 VAP (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| J. Fitter, M.D., et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the first through eleventh causes of action of the Second Amended Complaint are dismissed with prejudice, and that the twelfth through fourteenth causes of action, and the Doe defendants, are dismissed without prejudice.

DATED: April 8, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY